UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00011-MCE |
| Plaintiff, | |
| v | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| KENYATTA GREEN, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release KENYATTA GREEN, No. 2:17-cr-00044-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other: Pursuant to the Court's sentence of time served. |

Issued at Sacramento, California on June 1, 2017, at 10:29 a.m.

DATED: June 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE